# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LAKYIA SKINNER | CIVIL ACTION |
| VERSUS | NO. 98-1461 |
| HARRY LEE, ET AL. | SECTION: "L" (4) |

## ORDER AND REASONS

The Court has before it Lakyia Skinner's Motion for Relief from a Final Judgment pursuant to Federal Rule of Civil Procedure 60(b). R. Doc. 193. Mr. Skinner asks this Court to vacate the jury judgment against him in his civil suit brought against Defendants for alleged violations of Mr. Skinner's civil rights during incarceration. Mr. Skinner argues that due to his traumatic experiences at the hands of Defendants, he was unable to fully and truthfully testify against them at the 2004 trial. Thus, he seeks a new trial, and a second bite of the apple almost twenty years later.

However, Rule 60(b) motions must be made "within a reasonable time[.]" Judgment was entered in this matter on March 4, 2004, and Mr. Skinner filed his motion on January 2, 2023. Even assuming that a plaintiff's own reticence to testify could be the basis for relief under Rule 60(b), eighteen years and ten months is not a reasonable time for seeking Rule 60(b) relief. Accordingly, Mr. Skinner's Motion for Relief from a Final Judgment is DENIED.

New Orleans, Louisiana, this 9th day of May, 2023.

_____
United States District Judge